HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| BOBBI ROCHELLE HURLEY, a single woman,<br><br>                Plaintiff,<br><br>vs.<br><br>THURSTON COUNTY, a municipal corporation; KAREN DANIELS and JOHN DOE DANIELS, wife and husband, and the marital community comprised thereof; JOHN DOE and JANE DOE, husband and wife, and the marital community comprised thereof,<br><br>                Defendants. | NO. C04-5806 FDB<br><br>STIPULATION AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendants, acting by and through their respective attorneys, that the above-entitled action shall be dismissed with prejudice and without costs to any party.

STIPULATION AND ORDER OF DISMISSAL - 1

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

# ORDER

THIS MATTER having come on before the Court on the foregoing Stipulation, it is hereby

ORDERED that the above-entitled action is dismissed with prejudice and without costs to any party.

DATED this 1st day of December, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

**Stipulated to and presented by:**

CABLE, LANGENBACH, KINERK & BAUER, LLP

_____
Colleen Kinerk, WSBA #7676
Attorney for Defendants Thurston County,
Karen Daniels, and Jim Armstrong

**Stipulated to and approved for entry:**

BECKETT LAW OFFICES, PLLC

_____
Guy W. Beckett, WSBA #14939
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL  - 2

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800